UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 14707
    LOUISE D STEWART
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-5457
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/15/05 and confirmed on 06/15/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 24000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PHH MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 5357.46 | .00 | 2775.26 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4277.08 | .00 | 2215.61 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14733.07 | .00 | 7632.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3837.98 | .00 | 1988.14 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 10332.80 | .00 | 5352.58 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 581.05 | .00 | 300.99 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 39119.44 | .00 | 39119.44 |
| PRINCIPAL PAID | .00 | .00 | 20264.58 | .00 | 20264.58 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 20264.58 | .00 | 20264.58 |

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 1035.42 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/10/08                    /S/
                                GLENN STEARNS
```

CHAPTER 13 TRUSTEE

                    PAGE   2
CASE NO. 05 B 14707 LOUISE D STEWART